IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSE LAGARES,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**SETH ELLIOT MILLER,** *et al.*,<br><br>Defendants. | **CIVIL NO. 20-1435 (BJM)** |
| **JUANITA MERCADO,**<br><br>Plaintiff,<br><br>v.<br><br>**AIRWAY SERVICES INC.,** *et al.*,<br><br>Defendants. | **CIVIL NO. 20-1489 (BJM)** |

## FINAL JUDGMENT

The consolidated cases are dismissed with prejudice and without imposition of costs or fees to any party. The court will retain jurisdiction to enforce the confidential settlement agreement.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of August, 2023.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge